# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

ROBERT BAGGS, JOSHUA BAGGS, and
RIVER HILL FARMS, LLC,

    Plaintiffs,

v.

CNH INDUSTRIAL AMERICA, LLC

    Defendant.

Case No.: 19-cv-966-LA

Hon. Lynn Adelman

## PLAINTIFFS' JURISDICTIONAL STATEMENT

Plaintiff River Hill Farms, LLC is a Georgia limited liability company. The members of River Hill Farms, LLC are Robert Baggs, Joshua Baggs and Miriam Baggs, all citizens of the state of Georgia. River Hill Farms, LLC is therefore a citizen of the state of Georgia.

September 10, 2019

    Respectfully submitted,

/s/ John Rainwater
John Rainwater
Robert L. Beard
**RAINWATER, HOLT & SEXTON, P.A.**
P.O. Box 17250
Little Rock, AR 72222
Phone: 501.868.2500
Fax: 501.868.2508
john@rainfirm.com
beard@rainfirm.com

s/ John D. Blythin
Shpetim Ademi (SBN 1026973)
John D. Blythin (SBN 1046105)
Mark A. Eldridge (SBN 1089944)
**ADEMI & O'REILLY, LLP**

3620 East Layton Ave Cudahy, WI 53110
(414) 482-8000
(414) 482-8001 (fax)
sademi@ademilaw.com
jblythin@ademilaw.com
meldridge@ademilaw.com


*Counsel for Robert Baggs, Joshua Baggs and River Hill Farms, LLC.*